IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FREDERICK W. BAUER,

    Petitioner,                      JUDGMENT IN A CIVIL CASE

  v.                                      Case No. 16-cv-559-bbc

FEDERAL OFFICIALS/INDIVIDUALS,
ALL 3 BRANCHES,

    Respondents.

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Frederick W. Bauer's petition for relief under 28 U.S.C. § 2255 for petitioner's failure to show that he is entitled to any such relief.

/s/                                           8/19/2016
Peter Oppeneer, Clerk of Court                Date